**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-12-464 CV**
_____

**In the Interest of A.K.M., J.D.M. and D.M.M.**

_____

**Appealed from the 252nd District Court
of Jefferson County, Texas
Cause No. F-201,904-H**
_____

**ORDER**

The court reporter for the 252nd District Court of Jefferson County, Texas is to forward the following original *in camera* exhibits to the Clerk of this Court for filing on or before July 5, 2013:

Photographs (6) offered as *in camera* exhibits at the October 27, 2011 hearing and Bates Stamped 0016, 0017, 0018, 0019, 0020 and 0021.

The original exhibits will be returned to the court reporter for the 252nd District Court of Jefferson County when the appeal is final in this Court.

Entered this 20th day of June, 2013.

PER CURIAM